# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2025

## NO. 03-24-00030-CV

**Appellant, Sandra Greene// Cross-Appellant, City of Austin**

**v.**

**Appellee, City of Austin// Cross-Appellee, Sandra Greene**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### REVERSED AND DISMISSED -- OPINION BY JUSTICE CRUMP

This is an appeal from the judgment signed by the trial court on January 9, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment dismissing appellant's retaliation claim. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.